```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   SHAUN LEE SMITH                   CIVIL ACTION NO. 04-27
                                       NEW ORLEANS, LOUISIANA
 6        VS.                          FRIDAY, OCTOBER 15, 2004
                                       9:30 A.M.
 7   HARRAH'S NEW ORLEANS              SECTION "A"
     CASINO, ET AL.
 8

 9              TRIAL  -   DAY 4 (JURY VERDICT)
               BEFORE THE HONORABLE JAY C. ZAINEY
10        UNITED STATES DISTRICT COURT JUDGE, and THE JURY

11

12   A P P E A R A N C E S:

13   FOR THE PLAINTIFF,           S. MICHAEL CASHIO, ESQ.
     SHAUN LEE SMITH:             Attorney at Law
14                                2107 31st Court
                                  Kenner, Louisiana 70065
15                                (504) 443-3737

16
     FOR THE DEFENDANT,           HELLER, DRAPER, HAYDEN, PATRICK
17   HARRAH'S NEW ORLEANS         & HORN, L.L.C.
     CASINO, ET AL.:              By: Drew R. Ballina, Esq.
18                                2500 Poydras Center
                                  650 Poydras Street
19                                New Orleans, Louisiana 70130
                                  (594) 568-1888
20

21
     REPORTED BY:                 VICTOR D. Di GIORGIO, CCR
22                                OFFICIAL COURT REPORTER
                                  501 Magazine St., Room 406
23                                New Orleans, Louisiana  70130
                                  (504) 589-7782
24
     Proceedings recorded by mechanical stenography.
25   Transcript produced by computer aided transcription.
```

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | (WHEREUPON, 9:30 A.M. JURY DELIBERATIONS HELD AND |
| 3 | CONTINUED FROM THURSDAY, OCTOBER 14, 2004) |
| 4 | (WHEREUPON, AT 2:55 P.M. THE JURY RETURNED TO THE |
| 5 | COURTROOM WITH A VERDICT) |
| 6 | THE CLERK:   All rise. |
| 7 | Court's in session. |
| 8 | THE COURT:   Bring the jury in. |
| 9 | THE MARHSAL:   All rise. |
| 10 | (THE JURY ENTERED THE COURTROOM) |
| 11 | THE COURT:   Be seated. |
| 12 | Has the jury reached a verdict? |
| 13 | FOREPERSON MARLEY M. MARTEN (JUROR NO. 4):   Yes. |
| 14 | THE COURT:   James, will pick up from you. |
| 15 | (THE VERDICT WAS HANDED TO THE DEPUTY CLERK, WHO HANDED |
| 16 | THE VERDICT FORM TO THE COURT, WHO THEN RETURNED THE |
| 17 | VERDICT FORM TO THE DEPUTY CLERK TO BE READ ALOUD) |
| 18 | THE COURT:   Thank you. |
| 19 | THE CLERK:   United States District Court for the |
| 20 | Eastern District of Louisiana.  Civil Action zero 04-27.  Shaun |
| 21 | Lee Smith versus Harrah's New Orleans Management Company. |
| 22 | Question 1.  Do you find, by a preponderance of the |
| 23 | evidence that the defendant, Harrah's New |
| 24 | Orleans Management Company and/or it's employees were |
| 25 | negligent on December 10, 2003? |

```
 1          Answer:  Yes.
 2          Question 2.  Do you find by a preponderance of the
 3          evidence, that the negligence of the defendant,
 4          Harrah's New Orleans Management Company, and/or its
 5          employees was a legal cause of plaintiff's damages, if
 6          any?
 7          Answer:  Yes.
 8          Question 3.  Do you find by a preponderance of the
 9          evidence, that the plaintiff, Shaun Lee Smith, was
10          negligent on December 10, 2003?
11          Answer:  Yes.
12          Question 4.  Do you find, by a preponderance of the
13          evidence, that the negligence of Shaun Lee Smith was a
14          legal cause of his damages, if any?
15          Answer:  Yes.
16          Question 5.  In what percentages, if any, do you find
17          that the negligence, if any, of the following parties
18          caused, or contributed to Shaun Lee Smith's damages, if
19          any?
20          Harrah's New Orleans Management Company or its
21          employees:                     67 percent.
22          Shaun Lee Smith:               33 percent.
23          Question 6.  What amount in dollars and cents, will
24          compensate Shaun Lee Smith for his damages without
25          making any reduction for his own substandard conduct,
```

```
 1           if any?
 2           Past Medical Expenses:         Stipulated.
 3           Future Medical Expenses:          $2,400.
 4           Past Pain and Suffering:         $67,857.
 5           Future Pain and Suffering:       $18,571.
 6           Loss of Earnings:                 $5,500.
 7           Loss of Future Earnings:        $474,573.
 8           Loss of Enjoyment of Life:      $357,142.
 9           This is signed and dated by the Foreperson.
```

10           THE COURT:  Does any party request a polling of the
11  jury, plaintiff?
12           MR. CASHIO:  No, Your Honor.
13           THE COURT:  Defendant?
14           MR. BALLINA:  No, Your Honor.
15           THE COURT:  Okay.  Pursuant to this Court's rules, I
16  now instruct you that no juror has any obligation to speak to
17  any person about any case and may refuse all interviews or
18  comments, and no person may make repeated requests for
19  interviews or questions after a juror has expressed his or her
20  desire not to be interviewed.
21           Under no circumstances except by Court order shall any
22  juror who may consent to be interviewed disclose any information
23  with respect to the following:  The specific vote of any juror
24  other than the juror being interviewed.  The deliberations of
25  the jury for the purpose of obtaining evidence of improprieties

1  in the jury's deliberations.
2       I further instruct you that you should not contact, nor
3  attempt to contact any party or attorney participating in this
4  matter to discuss this case, and particularly to discuss the
5  jury distributions.
6       It's Friday afternoon at 3:00 o'clock.  We've been
7  together since about 10:30 Tuesday Morning.  I have been
8  watching you ver closely, and you have been paying very close
9  attention to this case.  For that, I appreciate it.  And I will
10 thank you on behalf of both defendant and on behalf of the
11 plaintiff.
12      As I told you on Tuesday, when we first met, that you
13 play a very important role.  Your role is so important that it
14 is provided for by the United States Constitution in the Bill of
15 Rights, and for that again, I thank you.  And on my behalf and
16 on behalf of all of the judges in this building as well as on
17 behalf of the plaintiff and on behalf of the defendant as well
18 as their lawyer's, thank you very much for the attention that
19 you've given and for your service in this case.
20      I'm now going to go ahead and discharge you, and I know
21 you all are anxious to get home especially those of you from out
22 of town, but I would line to spend a few minutes with you just
23 in my chambers so we can visit, and again, we're not going to
24 talk about the deliberations.  That's your sole province and
25 I'm not going to ask you anything about that.

1    When I've seen the numbers that you have given, I'm
2 sure that a lot of thought has gone into this and I'm sure that
3 you've gone over a lot when I get one phone call about wanting a
4 calculator and then 10 or 15 minutes later you no longer needed
5 the calculator, I said, well, they really are hard at work, and
6 I know that you had the lawyers on both sides really guessing
7 about what was going on, but again, that's for you and you
8 alone.  So thank you very much.  You are now discharged.
9    The Marshall will take you in the back and we'll visit
10 for a few minutes, so bring your belongings with you.
11    Thank you.
12    THE CLERK:  All rise.
13    (2:55 P.M.  -  THE JURY WAS EXCUSED, AND THE PROCEEDING
14    WERE HAD, AS FOLLOWS):
15         *      *      *      *      *      *      *
16                    **P-R-O-C-E-E-D-I-N-G-S**
17    THE COURT:  Any motions by plaintiff at this time?
18    MR. CASHIO:   No, Your Honor.
19    THE COURT:  Any motions by defendant at this time?
20    MR. BALLINA:   Not at this time, Your Honor.
21    THE COURT:  Okay.  I'm going to address the clients
22 more so than the lawyers.
23    Well, first let address the lawyers.
24    Iwant to say to counsel for both the plaintiff and the
25 defendant, it has been a true pleasure to have you guys in my

1  court.  I look forward to the next time that we get together
2  either on this case or another case, and I want to say to the
3  litigants, Mr. Smith and Mr. Stacey Dorsey, you all have had
4  very good legal representation.  There are always is one winner
5  and one loser.  Although in the case, I'm not sure who won and
6  who lost, because of the numbers that I see here.  I think that
7  you both might very well be very satisfied with this verdict,
8  and that's what the jury system is all about, but if one side
9  thinks that they're disappointed, I can assure you that the
10 disappointment would not stem from anything that your counsel
11 did on either side, because your counsel did an incredible job.
12 They were very well prepared, and you can be proud that the
13 system works, and of your lawyers, and the legal profession in
14 general.
15         Thank you very much.
16         MR. BALLINA:   And, Judge, let me say it was a pleasure
17 appearing before you and I hope to do so again in the future.
18         MR. CASHIO:   I second that, Your Honor.
19         THE COURT:   Well, thank you very much.
20         Good luck to you, gentlemen.
21         MR. CASHIO:   James, thank you.
22         Vic, thanks.
23         THE COURT:   Thank you.
24         THE CLERK:   Court's adjourned.
25              (3:00 P.M.  -  COURT RECESSED)

\* \* \* \* \* \* \*

C E R T I F I C A T E

I, Victor D. Di Giorgio, Official United States Court Reporter in and for the Eastern District of Louisiana, do hereby certify that the foregoing proceedings were taken down by me in shorthand at the time and place aforesaid, transcribed under my personal direction and supervision, and that the preceding pages represent a true and correct transcription, to the best of my ability and understanding.

_____
Victor D. Di Giorgio, CCR
Official U.S. Court Reporter